```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

<u>Theodore Roosevelt</u>

       v.                              Civil No. 12-cv-408-PB

<u>KFC</u>


<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated January 9, 2013.  This case is hereby dismissed.  The Clerk shall issue judgment and close the case.

    SO ORDERED.

                                              */s/ Paul Barbadoro*
                                              Paul Barbadoro
                                              United States District Judge

Date: January 15, 2013

cc:   Theodore Roosevelt