UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Theodore Roosevelt

     v.                                            Civil No. 12-cv-408-PB

KFC


ORDER

    Re: Document No. 9, Motion for Hearing

    Ruling: The plaintiff's conclusory assertion that the judges who reviewed his complaint are racist does not entitle him to relief from judgment. Accordingly, there is no reason for a hearing and the motion is denied. To the extent that the plaintiff's motion was intended to also be a motion to recuse, the motion is also denied. Plaintiff may pursue his state law claim in state court. Alternatively, plaintiff may seek review of the court's rulings by filing a notice of appeal with the first circuit court of appeals.


Date:  January 29, 2013        /s/ Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge